**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>Angela M Williams<br>                Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>Bk. Case No.: 18-30665 |

<u>CHAPTER 13 TRUSTEE'S OBJECTION TO AMENDED NOTICE OF MORTGAGE PAYMENT CHANGE</u>

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE:**

      **COMES NOW,** RUSSELL C. SIMON, Chapter 13 Trustee, and files this Objection to Creditor's Amended Notice of Mortgage Payment Change as a Supplement to Court Claim No. 4, filed on December 10, 2021 and in support thereof would respectfully show unto this Court the following (only those items checked apply):

1. \_\_ The notice was not prepared as prescribed by the appropriate Official Form, as required by Fed. R. Bankr P. 3002.1(d), General Order 11-5, and Chapter 13 Procedure Manual, Part Two, para. 3 (F)(1) and (2).
2. \_\_ No escrow account statement was attached to the Notice of Payment Change, as required by Fed. R. Bankr. P. 3002.1(d), General Order 11-5, and Chapter 13 Procedure Manual, Part Two, para. 3 (F)(1) and (2)
3. \_\_ The payment change was due to an adjustable-rate note, however, no rate change notice was attached, as required by Fed. R. Bankr. P. 3002.1(d), General Order 11-5, and Chapter 13 Procedure Manual, Part Two para. 3 (F)(1) and (2).
4. \_\_ The Creditor failed to attach documents describing the basis for the change in the Debtor(s)' mortgage payment, as required by Fed. R. Bankr. P. 3002.1(d), and Chapter 13 Procedure Manual, Part Two, para. 3(H)(2).
5. \_\_ Said notice fails to conform substantially to the Official Form B10; specifically, no signature attesting to the information under penalty of perjury appears and/or the signatory's relationship to the Creditor is not stated, in violation of Fed. R. Bankr. P. 3001(a).
6. **X** Other: Notice Payment Change provides for a monthly payment amount of <u>$733.93</u> with an effective date of <u>09/01/2021</u>; notwithstanding this, the attachment to the Notice (escrow analysis) provides for a payment amount of <u>$778.81</u> effective <u>09/01/2021</u>. Based upon these inconsistencies, the Trustee cannot administer this payment change.

      **WHEREFORE, PREMISES CONSIDERED**, Russell C. Simon, Chapter 13 Trustee, respectfully prays that the Notice is disallowed, and for all other relief this Court deems just and equitable.

                                                       <u>/s/ Russell C. Simon</u>
                                                       RUSSELL C. SIMON, Trustee
                                                       Chapter 13 Trustee
                                                       24 Bronze Pointe
                                                       Swansea, Illinois  62226
                                                       Telephone: (618) 277-0086
                                                       Telecopier: (618) 234-0124

Dated: December 16, 2021
RLS

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Chapter 13 Trustee's Objection to Amended Notice of Mortgage Payment Change was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, December 10, 2021.

Angela M Williams
1910 Celebration Park Circle
Belleville, IL 62220

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

US BANK NA
C/O RUSHMORE LOAN MANAGEMENT SERVICES
P. O. BOX 52708
IRVINE, CA 92619

RUSHMORE LOAN MANAGEMENTSERVICES
P. O. BOX 55004
IRVINE, CA 92619-2708

US BANK NA
ATTN: LORI HARP, VICE PRESIDENT
4801 FREDERICA ST
OWENSBORO, KY 42301
**Certified Mail**

                                                /s/ Rebecca